FILED IN
COURT OF CRIMINAL APPEALS

November 10, 2015

ABEL ACOSTA, CLERK

PD-1461-15

NO. _____

PD-1461-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/9/2015 2:38:32 PM
Accepted 11/10/2015 4:40:40 PM
ABEL ACOSTA
CLERK

| | | |
|---|---|---|
| **JACOB WESLEY FAUDI** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Jacob Wesley Faudi, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1.      On October 8, 2015, the Court of Appeals affirmed appellant's conviction.  Jacob Wesley Faudi v. State, 2015 WL 5965362.  This petition is therefore due on November 9, 2015.

2.      Faudi needs additional time to prepare and submit his brief for consideration in this case. Appellate Counsel as a solo practitioner has been working on many cases including drafting and submitting the Petition for Discretionary Review in State v. Torres before this Honorable Court on 11/2/2015, preparing and submitting the brief in U.S. v. Dix, cause no. 14-51143 in the 5th Circuit Court of Appeals, and preparing for oral argument in U.S. v. Koss, cause no. 14-51173 in the 5th Circuit Court of Appeals that is scheduled for 12/2/2015.

3.  Defendant is currently incarcerated.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 30 days, i.e. until December 9, 2015, to file a petition for discretionary review.

Respectfully submitted,

Law Office of Denton B. Lessman
100 N. 6th Street, Ste. 702
Waco, TX 76701
Tel: (254) 776-4544
Fax: (254) 776-4551

By:_____
    Denton B. Lessman
    State Bar No. 24042474
    DLessmanAtty@aol.com
    Attorney for Jacob Wesley Faudi

## CERTIFICATE OF SERVICE

This is to certify that on November 9, 2015, a true and correct copy of the above and foregoing document was served on the State Prosecutor's Office and the McLennan County District Attorney's Office via facsimile.

_____
Denton B. Lessman